**Requests/Self-Reports Online**

Institution: The University of Southern Mississippi
Case Type: Extension of Eligibility Waiver
Decision PDF

Division: I
John Wade III

Case ID: 1218836
Date: 10/25/2024

## Decision

Your feedback is important. Would you like to give praise, report a problem or share an idea? With your help and input, we can continue to improve AMA's service and the RSRO submission process.

Provide Feedback

**Decision**
Denied

**Decision Date**
10/25/2024

**Conditions**
**Rationale**
Other:
The committee upheld staff's decision in this case. The committee considered the institution's written appeal for an extension of eligibility waiver for a men's basketball student-athlete for the 2024-2025 academic year. The committee considered the totality of information provided and determined the student-athlete did not have two denied participation opportunities beyond the control of the student-athlete or institution. Specifically, the 2018-19 academic year in which the student was not on a squad list and eligible for competition is within the student's control. Additionally, the committee did not identify any extraordinary circumstances to warrant relief. Therefore, based on current legislation and consistent with case precedent, the committee upheld the staff's decision.

If you accept this decision, click "I Accept" below. Once you accept the decision the case will be closed. Do not click "I Accept" if your institution intends to appeal the decision. An appeal must be submitted within 30 days of the decision issued date and shall be submitted via the case "Withdraw/Appeal/Reconsideration" tab.

I Accept


EXHIBIT 2