

**Department of Athletics**
118 College Drive #5017
Hattiesburg, MS 39406
Phone:    601.266.5017
www.southernmiss.com

NCAA Committee on Student-Athlete Reinstatement:

I am writing this letter to provide my support for an extension of eligibility request on behalf of John Wade III. This extension of eligibility was filed on John's behalf because, due to circumstances outside of his control, he was only afforded the opportunity to compete in three seasons of intercollegiate competition in the sport of men's basketball. I believe that reconsideration of this waiver request is warranted due to new information that has been provided relating to his tenure at California State University, Northridge (CSUN).

During the review of John's case, it was identified that he was awarded a medical hardship while at CSUN for the 2022-23 season. At the time of the initial filing of his waiver request, we were provided with his approved medical hardship waiver from the Big West Conference, but it did not contain a detailed description of what led to this medical hardship being approved. Following the submission of his appeal, it was brought to our attention that John had endured severe mental anguish due to harsh and unfair treatment from his coach, resulting in the approval of the medical hardship. However, while he was able to regain his season of competition, he is unable to utilize it due to his eligibility clock expiring after the 2023-24 academic year. Essentially, he is being punished for a situation outside of his control which led to him not being able to utilize a season of competition during the 2022-23 season.

It is our understanding that John wanted to return to CSUN after the 2022-23 season when a new coaching staff was hired but was not afforded the opportunity. This led to him utilizing his COVID-19 extension of eligibility at California State University, Stanislaus. He has since transferred to The University of Southern Mississippi (USM) as a post-graduate student with the goal of utilizing his final season of competition. We are supportive of this goal and would like to help him achieve it in any way we can. While I understand that his initial waiver and appeal were denied, I believe that this situation warrants relief due to the actions that led to his decline in mental health and the approval of his medical hardship waiver that should not only have afforded him another season of competition, but also another year in which to use this season.

Sincerely,

Jeremy McClain
Athletic Director
The University of Southern Mississippi

**EXHIBIT 3**

'

We are responding to the NCAA appeal regarding John H. Wade III Mental Health waiver request. John signed a letter of intent to California State University Northridge under the Athletic Scholarship granted within the Athletic  Department to participate in Men's Basketball in the Big West Conference 2022-23.

I as a former NCAA Coach Eastern Washington University, University of the Pacific, University of California, Santa Barbara, University of San Francisco (Assistant and Head Coach) and retired Sr. Academic Manager Athletic Director understand the value of the student athlete experience.

 John was and has always been a great kid both Academically and Athletically. Upon arriving at Northridge in August 2022 John was excited to start his next journey. Once the Men's Basketball activities started John over the next few months enthusiasm waned for the program and institution. We did not know why?

John had mentioned some questionable Coaching tactics in October/November and didn't seem his happy self.

Then on December 31, 2022 we received a text from another parent whom son was on the Men's Basketball team that our sons were being mentally and physically abused. John III had been both mentally and then physically abused by the Head Coach Trent Johnson.

1

We then saw why John was depressed, confused, anxious, isolated, declining grades, loss of weight and in poor spirits. Upon traveling to Southern California the next week I saw John was a total mess due to the assault by the Head Coach. The assistants as well had made sure John didn't feel welcome anymore around the team or facilities. We notified the Athletic Director Shawn Chin-Farrell via email January 4, 2023 of our concerns and instructed John to no longer participate in team activities as it wasn't a safe environment.

John was sent to mental health authorities and Doctors which concluded he had suffered from mental and physical abuse symptoms. John was granted a mental health waiver as per California State University Northridge and The Big West Conference due to the abuse by the Men's Basketball Head Coach Trent Johnson.
The Head Coach Trent Johnson was dismissed/resigned and the entire staff was not retained.

We entrusted John to California State University Northridge and The Big West Conference to have a positive experience. John has and is a quality student, person, colleague, friend, son and athlete. The conduct John experienced was an extraordinary or extenuating circumstance that was way beyond that of his control or any student athlete. It is also one that no NCAA student athlete, employee and or coach should be subject to harassment abuse mentally or physically.

John Transferred and Graduated from California State University Stanislaus and then transferred as a Graduate Student to University of Southern Mississippi to complete Academic work and his Athletic journey. He was denied the opportunity to even stay at California State University Northridge by the Administration and new Coach which did not honor the previous Head Coach promise that if a student was in good standing they would be welcome back.

John wants to complete what he started which is 4 years of Athletic competition with his last being at University of Southern Mississippi. Please feel free to contact us with further questions since I know the NCAA has had in person as well as via remote contact with families and students seeking appeals.

Sincerely,

John H. & Arthurnelle Wade II
(510) 712-9185

2

To Whom It May Concern,

I am writing to formally request an extension of my NCAA eligibility and have authorized the University of Southern Mississippi's (USM) administration to submit this waiver on my behalf. Below, I will detail my academic and athletic journey, which I believe supports my request for an additional year of eligibility.

I began my academic career at the University of California, Davis, in the 2018-2019 academic year as a full-time student. During this period, I was not involved in collegiate basketball in any way. I would then transfer to Contra Costa College following this time.

For the next three years, I participated with the Contra Costa College men's basketball team. During my time there, I used two seasons: the 2019-2020 season and the 2021-2022 season. I was granted a COVID-19 waiver for the 2020-2021 season, allowing me to retain a year of eligibility.

Following my time at Contra Costa College, I transferred to California State University, Northridge (CSUN). Unfortunately, I encountered significant social issues with the staff and program at CSUN, which led to considerable mental anguish. As a result, I left CSUN in December and was subsequently granted a medical redshirt for the 2022-2023 season from the Big West Conference. It is important to note that the entire staff at CSUN was later dismissed.

In the 2023-2024 academic year, I transferred to California State University, Stanislaus, a Division 2 institution, where I completed the basketball season. This was my third season used and I played it in my COVID sixth year.

Given the unusual circumstances and disruptions I have faced throughout my academic and athletic career, I am seeking an additional year of NCAA eligibility. My journey has been marked by academic transfers, a global pandemic, and significant personal challenges that have impacted my ability to fully utilize my eligibility within the standard timeframe.

I believe granting this waiver would allow me to continue my education and athletic career without penalizing me for circumstances beyond my control. Thank you for considering my request. I am hopeful for a favorable outcome that will enable me to pursue my academic and athletic goals at the University of Southern Mississippi.

Sincerely,

John Wade

John H. Wade, III
231 Cantada Way
American Canyon, CA, 94503
wade.john626@gmail.com
5103327185
November 17 2024

Student-Athlete Reinstatement Committee
c/0 NCAA Staff
P.O. Box 6222
Indianapolis, IN 46206-6222

Dear NCAA Student-Athlete Reinstatement Committee

My name is John Wade III, and I am a member of the Men's Basketball team at the University of Southern Mississippi. I am writing to formally appeal the decision regarding my eligibility, as I firmly believe the previous information submitted is inaccurate and lacks the details of my time at California State University Northridge (CSUN).

I would like to revise my appeal to provide additional context about my time at CSUN. While attending CSUN as a member of the Men's Basketball program, I experienced actions by the coaching staff, particularly Head Coach Trent Johnson, that were physical in nature and detrimental to my well-being. These incidents left me feeling powerless and unable to act, which was both deeply troubling and profoundly embarrassing as a young man.

The environment and abuse within the program led to a significant decline in my mental and physical health. I suffered from loss of appetite and weight, a lack of interest in academics, and a diminished passion for basketball. The presence of Coach Johnson and certain assistants caused a complete loss of self-esteem and an inability to communicate effectively with others. I became increasingly withdrawn, unable to engage socially or emotionally.

At the time, I did not fully comprehend the severity of my mental health struggles. It wasn't until I sought help from trained professionals, including a doctor, social worker, and the support of my family and friends, that I recognized the profound impact this environment had on me. Their guidance allowed me to acknowledge the depression and anxiety I experienced during this time.

However, it is clear that these experiences were not accurately represented in communications between CSUN and the NCAA, which may have contributed to the current ruling.

I have always acted in good faith to pursue both academic and athletic excellence, and I respectfully ask for your consideration in reviewing my case. I asked the Athletic Director Shawn Chin-Farrell and the new Head Men's Basketball Newman I'd like to stay at CSUN yet was told it would be better if I were in another situation and or program for my benefit which seems to be retaliation for Coach Trent Johnson departure. In looking back this had never happened before and or after CSUN. I'm excited to be at the University of Southern Mississippi with an encouraging Head Coach Jay Ladner, Staff and the support of the Athletic Department as well as University.

I am requesting that the NCAA reassess my eligibility in light of these details and take into account the unique and challenging circumstances I endured. I am committed to continuing my education and athletic career with integrity and hope for the opportunity to represent my university to the best of my ability.

Thank you for your time and understanding. I am available to provide any additional documentation or details to support my appeal.

Sincerely,
John H. Wade III
Men's Basketball Team
University of Southern Mississippi
(510)332-7185 ©
wade.john626@gmail.com

——

# **Revision** 19Nov24

John H. Wade, III
231 Cantada Way
American Canyon, CA, 94503
wade.john626@gmail.com
(510)332-7185 ©
November 19th 2024

Student-Athlete Reinstatement Committee
c/o NCAA Staff
P.O. Box 6222
Indianapolis, IN 46206-6222

Dear NCAA Student-Athlete Reinstatement Committee,

My name is John Wade III, and I am a member of the Men's Basketball team at the University of Southern Mississippi. I am writing to formally appeal the decision regarding my eligibility, as I firmly believe the previous information submitted was incomplete and did not adequately detail my experiences at California State University Northridge (CSUN).

I am submitting this revised appeal to provide additional context regarding my time at CSUN. While a member of the Men's Basketball program, I encountered actions by the coaching staff, particularly Head Coach Trent Johnson, that were physical in nature and detrimental to my mental and emotional well-being. These incidents left me feeling powerless and unable to act, which was both deeply troubling and profoundly embarrassing as a young man.

The environment and abuse within the program severely impacted my mental and physical health. I experienced significant weight loss due to a diminished appetite, a lack of interest in academics, and a loss of passion for basketball. The presence of Coach Johnson and certain assistants caused my self-esteem to erode, and I struggled to communicate or engage socially, increasingly withdrawn and isolated.

At the time, I did not fully comprehend the severity of my mental health struggles. It wasn't until I sought help from trained professionals, including a doctor, social worker, and the support of my family and friends, that I recognized the profound impact this environment had on me. Their guidance allowed me to acknowledge the depression and anxiety I experienced during this time. It was instrumental in helping me navigate the aftermath of these challenges.

Despite these circumstances, the communications between CSUN and the NCAA appear to have omitted critical details about my experience, which may have influenced the current ruling/decision. I respectfully request the opportunity to have these facts reassessed.

In addition, I have always acted in good faith to pursue both academic and athletic excellence. I respectfully ask for your consideration in reviewing my case. I made every effort to remain at CSUN under the new leadership of Athletic Director Shawn Chin-Farrell and Head Coach Andy Newman. I expressed my desire to continue my education and athletic career at CSUN but was advised that it would be better for me to transfer to another program for my own benefit. I perceived this advice as retaliation following Coach Trent Johnson's departure, as this situation had not occurred previously or since.

I am now proud to be a student-athlete at the University of Southern Mississippi, where I am supported by Head Coach Jay Ladner, his staff, and the university's athletic department. The positive environment here has reignited my passion for basketball and academics, and I am committed to making the most of this opportunity.

I respectfully ask the NCAA to reassess my eligibility in light of these details and the unique circumstances I endured. I am committed to upholding the values of integrity and perseverance and hope for the chance to represent my university at the highest level.

Thank you for your time and understanding. I am available to provide additional documentation or further details to support my appeal.

Sincerely,

John H. Wade, III
Men's Basketball Team
University of Southern Mississippi
(510)332-7185 ©
wade.john626@gmail.com