

# GUIDE FOR TWO-YEAR TRANSFERS
# 2024-25
For Student-Athletes at Two-Year Colleges

EXHIBIT 5



 ELIGIBILITY CENTER

# Information

## Contents

3    What Should You Consider Before Transferring?
4    Focus on Your Degree
4    Learn as Much as You Can
5    Transfer Checklist
6    How Do Transfer Rules Apply to You?
8    Our Three Divisions
10   When Can You Play?
11   Planning to Go Division I
13   Planning to Go Division II
17   Planning to Go Division III
18   Transfer Exceptions
21   Eligibility Clock
22   Important Terms

### Visit
eligibilitycenter.org
ncaa.org/transfer

### Follow
X @ncaaec
YouTube @ncaaec
Facebook @ncaaec
Instagram @playcollegesports

### Contact
**NCAA Legislative Line**
317-917-6008, Monday-Friday
10 a.m. to 5 p.m. Eastern time

*International (including Quebec):*
on.ncaa.com/intlcontact

### Have a question about transferring?
» Read this guide.
» Search frequently asked questions at ncaa.org/studentfaq.
» Review the **Two-Year Transfer Best Practices flyer.**
» Visit **ncaa.org/transfer**.
» Contact the NCAA.

### Other Resources
» **National Association of Intercollegiate Athletics.**
» **NCAA Division I.**
» **NCAA Division II.**
» **NCAA Division III.**

NCAA and Make It Yours are trademarks of the National Collegiate Athletic Association. All other trademarks are property of their respective holders. October 2024.



# *What Should You Consider Before Transferring?*

Student-athlete success on the field, in the classroom and in life is at the heart of the NCAA's mission. Your college experience gives you the opportunity to receive a quality education and take your place among the student-athletes who have attended college, played sports, received their degrees and gone on to make important contributions to society.

The decision to transfer to another school involves important and sometimes difficult choices. Make sure you **understand the rules**, options and potential consequences of your decision. You do not want to risk your education or your chance to play NCAA sports.

This guide is for student-athletes transferring from a two-year school (junior or community college) to a four-year NCAA school. Students currently attending a four-year school should refer to the **Guide for Four-Year Transfers**, available at **ncaapublications.com**.

# Focus on Your Degree

There are more than 500,000 NCAA student-athletes, and less than 2% will go pro in their sport or compete at the Olympic level. For the rest, the experiences of college athletics and the life lessons they learn along the way will help them as they pursue careers in business, education, athletics administration, communications, law, medicine and many more fields. Education is a vital part of the college athletics experience, and student-athletes treat it that way.

Overall, student-athletes graduate at higher rates than their peers in the student body, and those rates rise each year. For more information on graduation rates, search for "graduation rates" on ncaa.org.

### Thinking of Going Pro?

|  | Baseball | Men's Basketball | Women's Basketball | Football | Men's Ice Hockey | Women's Soccer | Softball |
|---|---|---|---|---|---|---|---|
| High School Student-Athletes | 478,451 | 537,438 | 373,366 | 1,028,761 | 33,013 | 377,838 | 344,952 |
| NCAA Student-Athletes | 38,849 | 19,213 | 16,668 | 77,204 | 4,388 | 29,959 | 21,646 |
| Drafted NCAA Student-Athletes | 444 | 46 | 33 | 259 | 69 | 47 | 24 |
| Percentage High School to NCAA | 8.1% | 3.6% | 4.5% | 7.5% | 13.3% | 7.9% | 6.3% |
| *Percentage NCAA to Major Professional | 5.1% | 1.1% | 0.9% | 1.5% | 7.1% | 0.7% | 0.5% |

Note: High school and college participation data are from the 2012-22 academic year.
*The percentage of NCAA student-athletes moving on to major professional leagues is based on the number of draft picks in the 2023 MLB, NBA, WNBA, NFL, NHL, NWSL, and WPF drafts.

# Learn as Much as You Can

If you decide to transfer, the NCAA wants to help your education and sports participation continue as smoothly as possible. But you have a responsibility as well. Learn as much as you can to protect your athletics eligibility and ensure that you will graduate on time. While staff at the NCAA and its member schools can give you advice, you need to understand how transfer rules apply to you before you decide to move to a new school.

This guide introduces you to the key issues involved in transferring. Before you transfer, you may need more information. Key people, including your coach or compliance administrator, can help you successfully work through the process. Take advantage of all the information available to you.

» Visit ncaa.org/transfer for FAQs and resources on key topics.
» Talk to key people at your current school, including staff in the athletics department, compliance office or your academic advisor.
» Call the conference of the school you are considering.
» Call the NCAA at 317-917-6008, Monday-Friday from 10 a.m. to 5 p.m. Eastern time.



# *Transfer Checklist*

☐ **ADMISSIONS**
*Have you applied to the admissions department at the school you are transferring to?*

☐ **COLLEGE TRANSCRIPTS**
*Are your prior college transcripts available to share to your new NCAA school?*
» You can share readable unofficial transcripts from colleges you have attended prior with NCAA coaches during your recruiting process.
» Official college transcripts sent directly to your NCAA school from your prior college(s) will also be required to determine transferable credit.

☐ **INITIAL ELIGIBILITY**
*Have you registered with the NCAA Eligibility Center?*
» To play at a Division I or II school (or Division III school if you are an international student-athlete), you must register with the Eligibility Center at eligibilitycenter.org.
» See page 9 for more information.

☐ **ELIGIBILITY CLOCK**
*Do you have any remaining eligibility to compete in your sport after transferring?*
» Student-athletes have four seasons to compete in each sport.
» See Eligibility Clock for more information.

☐ **TRANSFER ELIGIBILITY**
*In some cases, student-athletes who transfer to an NCAA school must sit out of competition for an academic year in residence at their new school.*
» You may be able to compete immediately if you meet division-specific two-year transfer criteria and/or a transfer exception.
» See Transfer Exceptions for more information about general transfer requirements.

☐ **FINAL DETERMINATION OF TRANSFER ELIGIBILITY**
*Who ultimately determines my transfer eligibility?*
» After initiating the proper transfer protocol with your current school, ask the compliance staff at your new school if you meet all transfer requirements.



# How Do Transfer Rules Apply to You?

*Note:* The following information is for student-athletes transferring from a two-year school (junior or community college) to a four-year NCAA school. Students currently attending a four-year school should refer to the **Guide for Four-Year Transfers,** available at **ncaapublications.com.**

You may be wondering how soon you can compete after you transfer. Before you can answer that question, you need to follow these steps to understand how the transfer rules apply to your situation:

1. **Determine if you are a transfer student-athlete.**
2. **Decide where you are going.**
3. **Understand your initial-eligibility status.**
4. **Register with the NCAA Eligibility Center, if needed.**

The rules also depend on whether you currently attend a two- or four-year school. For instance, if you attend a **two-year school** (community college or junior college) and want to transfer to an NCAA Division I or II school, you may need to graduate first from your two-year school before you can compete at your new school. If you transfer before you graduate, you may have to sit out of competition for an **academic year in residence** before you can compete.

The following information will help guide you through the process to determine if you qualify to transfer and what you must do to transfer.

## 1. Determine if You Are a Transfer Student-Athlete

To learn which transfer rules apply to your situation, you first need to determine whether your situation meets the common definition of a transfer.

**How do you know if you are a transfer student-athlete?**
Ask yourself if you have met any of the conditions — called "**transfer triggers**" — of a typical transfer situation:

1. Have you been a full-time student at a two- or four-year school during a regular academic term?
2. Have you practiced (including preseason) with a college team?
3. Have you practiced or competed with a college team? This includes during any full- or part-time enrollment and includes reporting to any practice that occurred prior to the start of an academic term.
4. Have you received athletics aid from a college while attending summer school?

**If you answered "yes" to any of the above questions,** you are likely a transfer student-athlete because you have met conditions that trigger your transfer status. Now you need to learn how to meet the transfer rules so you can play your sport at a new NCAA school.

**If you answered "no" to all the above questions,** you probably are not a transfer student-athlete, and the transfer rules may not apply to you. Contact the compliance staff at your new school and ask them to certify your eligibility status.

---

**CASE STUDY**

*Howard was recruited to play basketball at a two-year school. He enrolled in courses as a full-time student and attended class on the first day of the semester.*

*On the fourth day of class, Howard went to the registrar's office and dropped from 12 credit hours to nine, making him a part-time student for the rest of the semester.*

*At the end of the semester, Howard decided that he wanted to transfer to an NCAA school.*

**Is Howard a transfer student-athlete?**

Yes. The transfer rules applied to Howard the minute he became a full-time student and went to class on the first day of the semester.



RESEARCH    Note: This map is based on data from the 2023-24 academic year. All provisional schools that reported sponsorship data to NCAA are included. Schools in reclassifying status are included in their current primary division.

## 2. Decide Where You Are Going

Now that you know if you are a transfer student-athlete, you need to decide which school you want to attend. As you think about new schools, keep in mind academics are just as important as athletics. Your new school should help you meet all your goals – on the field, in the classroom and in life.

Each NCAA school is part of a division and a conference and has its own admission policies. Transfer rules are different for each NCAA division and may be more restrictive for some conferences.

**Learn more about your new school's division.**
As you research schools, take time to learn more about each NCAA division. Schools in Divisions I and II may offer athletics scholarships to cover tuition, fees, room and board, and books. Division III schools do not offer athletics scholarships but do offer financial aid based on academics or need.

» See page 8 for more on the NCAA's three divisions.

**Learn more about your new school's conference.**
In some cases, conference transfer rules can be more restrictive than NCAA rules, so you need to have a clear picture before you make a move. For instance, conferences may differ on how long you must attend a new school before you may compete.

**Learn more about your new school's admission policies.**
Meeting the NCAA transfer rules does not guarantee you will be admitted to a new school. You also need to meet the school's admission requirements — including academic standards — before you can play NCAA sports.

» Visit on.ncaa.com/membermap for a full list of NCAA schools sorted by division, sport and conference, and a database with contact information for each school's athletic department.
» Talk to the academic, admissions and financial aid offices at the school you wish to attend to make sure the school will be a good fit for you.

# *Our Three Divisions*

The NCAA's three divisions were created in 1973 to align like-minded campuses in the areas of fairness, competition and opportunity.

| DIVISION |  DIVISION I |  DIVISION II **MAKE IT *YOURS*** |  DIVISION III DISCOVER \| DEVELOP \| DEDICATE |
|---|---|---|---|
| **NUMBER OF SCHOOLS\*** | **355** (32%) | **293** (27%) | **425** (39%) |
| **MEDIAN UNDERGRADUATE ENROLLMENT** | **8,883** | **2,169** | **1,617** |
| **STUDENTS WHO ARE ATHLETES** | **1 in 22** | **1 in 7** | **1 in 5** |
| **AVERAGE NUMBER OF TEAMS PER SCHOOL** | **19** | **17** | **19** |
| **PERCENTAGE OF NCAA STUDENT-ATHLETES IN EACH DIVISION** |  36% |  24% |  39% |
| **ATHLETICS SCHOLARSHIPS** | Multiyear, cost-of-attendance athletics scholarships available **59%** of athletes receive athletics aid | Partial athletics scholarship model **64%** of athletes receive athletics aid | No athletics scholarships **80%** of athletes receive nonathletics aid |
| **DID YOU KNOW?** |  Division I student-athletes graduate at a higher rate than the general student body. |  Division II is the only division with schools in Alaska, Puerto Rico and Canada. |  Division III's largest school has **28,692** undergraduates. *The smallest?* **270.** |

*The number of schools for each division is current as of the 2024-25 academic year. All other figures are based on 2023-24 data. Percentages shown for schools and student-athletes represent numbers in active NCAA schools, as they do not add up to 100%.*

### *How is each division governed?*

NCAA schools develop and approve legislation for their own divisions. Groups of presidents and chancellors lead each division in the form of committees with regularly scheduled meetings. For more information, visit on.ncaa.com/governance.

### *What are the eligibility requirements in each division?*

If students want to compete at an NCAA Division I or II school, they must meet academic and amateurism standards set by NCAA members. Academic and amateurism standards are outlined in this guide and can be found on each division's page on ncaa.org.

### 3. Understand Your Initial-Eligibility Status

Once you know whether you are a transfer student-athlete and have identified the school you want to attend, you need to find out what your initial-eligibility status is for your new school.

**Why do you need to know your initial-eligibility status?**
In part, your initial-eligibility status determines which transfer rules apply to you and how many seasons of competition you may have remaining to play at your new school.

**What is your initial-eligibility status?**
High school student-athletes who want to compete in NCAA sports during their first year at a Division I or II school need to meet certain division-wide academic standards. Your initial-eligibility status indicates whether you meet the academic standards to compete in your first year at a Division I or II school.

The NCAA Eligibility Center will determine your initial-eligibility status based on the NCAA-approved core courses you took in high school, the grades and number of credits you earned in those courses. If you do not have an academic initial-eligibility status, talk to the compliance office at your new school.

Division III schools do not require an academic initial-eligibility status, as they set their own admissions and academic requirements.

### 4. Register With the NCAA Eligibility Center, if Needed

By now you should know if you are a transfer student-athlete, which school you want to attend and what your initial-eligibility status is. If you want to transfer to a Division I or II school and you have never registered with the Eligibility Center, you need to visit eligibilitycenter.org to register before you continue the transfer process. If you have not registered with the Eligibility Center, your initial-eligibility status is Division I nonqualifier and Division II partial qualifier. Schools cannot assume you would have been a qualifier.

You must register for an Academic and Amateurism Certification account and receive academic and amateurism certifications from the Eligibility Center to compete at a Division I or II school. If your new NCAA school confirms an initial academic-status, evaluation is not necessary to certify your transfer eligibility. In this case, creating an Amateurism-Only Certification account type might be right for you. Please check with the compliance office at the school you are transferring to for which certification account is right for you.



Visit **ncaa.org/student-athletes/future** to learn more about initial-eligibility statuses.



**CASE STUDY**

*After graduating from high school, Olivia is planning to attend a two-year college to play softball. She plans to stay at her two-year college for two academic years prior to transferring to her future NCAA Division I school. While enrolled at her two-year school, Olivia wants to take multiple physical education activity courses because she enjoys them.*

**Is there a limit on the number of physical education activity courses that Olivia may complete and use towards her transferable degree credits at her future NCAA Division I school?**

Yes. Olivia may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless she will be enrolling in a degree program requiring physical education activity courses.

# *When Can You Play?*

There are several aspects of your college experience that determine when you may compete after transferring. Find the circumstance on the following pages that applies to your situation to figure out when you may compete.

Depending on your college experience, you may be able to compete as soon as you transfer or you may need to spend one academic term or **one academic year** as a full-time student at your new Division I or II school before you are eligible to compete.

For your one academic term or one academic year in residence to count, you must attend classes only at the school where you plan to compete and be a **full-time student** (at least 12 credit hours). You cannot meet this requirement by attending your new school part time or by not attending school at all.

Each school determines its own full-time status, so check with the compliance office at your new school to find out how many credit hours you need to take.

  » For a semester or quarter to count toward your academic residence, you must enroll before the 12th day of that academic term.

Additional progress-toward-degree rules from the NCAA, your new school or your new school's conference may affect when you can play. For more information, talk to the compliance office at your new school.

If you are an international student and attend a two-year school outside of the U.S., use the rules for student-athletes at four-year schools in the **Four-Year Transfer Guide.**

# Planning To Go Division I *2-4 TRANSFER*

**YOU PLAN TO ATTEND A DIVISION I SCHOOL.
YOU HAVE NEVER ATTENDED A FOUR-YEAR SCHOOL FULL TIME.**

## You are a *qualifier*.

At your two-year school, did you:

1. Complete at least **one semester** or **quarter** as a **full-time student**? *Summer school does not count.*
2. Complete an average of **12 transferable credit hours** in each term you attended full time?*
3. Earn a **GPA** of at least 2.5 in those transferable credit hours?



If **YES** to all

You can practice, get an athletics scholarship and compete as soon as you transfer.**

If **NO** to any

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you sit out for an academic year in residence.

## You are a *nonqualifier* or *academic redshirt* (or qualifier who does not meet criteria listed in the left-hand column).

At your two-year school, did you:

1. Graduate from your **two-year school**? You must have earned **25% of your credit hours** at the two-year school awarding your degree.
2. Complete at least **three semesters** or four quarters as a **full-time student**? *Summer school does not count.*
3. Complete **48 transferable credit hours** if your school uses semesters or **72 transferable credit hours** if your school uses quarters?* Your transferable credit hours **must include** all the following subjects:
   » **English:** Six hours if your school uses semesters, or eight hours if your school uses quarters.
   » **Math:** Three hours if your school uses semesters, or four hours if your school uses quarters.
   » **Science:** Three hours if your school uses semesters, or four hours if your school uses quarters.
4. Earn a GPA of at least 2.5 in those transferable credit hours?



If **YES** to all

You can practice, compete and get an athletics scholarship as soon as you transfer.**

If **YES** to questions 1-3, **NO** to question 4, and your GPA is 2.00-2.49

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you sit out for an academic year in residence.

If **NO** to any

You cannot practice, get an athletics scholarship or compete until you sit out for an academic year in residence.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

**If you are a baseball, softball or basketball student-athlete who transfers to a new school in the middle of the academic year, you may not compete until the fall term.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Remedial English and math courses may not be used to satisfy this requirement. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

**If you are a baseball, softball or basketball student-athlete who transfers to a new school in the middle of the academic year, you may not compete until the fall term.

*Disclaimer:* Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# Planning To Go Division I *4-2-4 TRANSFER*

**YOU PLAN TO ATTEND A DIVISION I SCHOOL.**
**YOU ATTENDED A FOUR-YEAR SCHOOL FULL TIME AND NOW ATTEND A TWO-YEAR SCHOOL FULL TIME.**

## You are a *qualifier*.

At your two-year school, did you:

1. **Graduate** from your **two-year** school? You must have earned **25%** of your credit hours at the two-year school **awarding your degree.**
2. Complete an average of **12 transferable credit hours** for **each term** you attended **full time?***
3. Earn a **GPA of 2.5** in those transferable credit hours?
4. **Before competing** for your new NCAA Division I school, has **one calendar year** elapsed since your **last day** of enrollment at your original **four-year** school?



If **YES** to all

You can practice, get an athletics scholarship and compete as soon as you transfer.**

If **NO** to any

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you sit out for an academic year in residence.

If **NO** to question 4 only

You can practice and get an athletics scholarship but cannot compete until one calendar year has elapsed.

## You are a *nonqualifier* or *academic redshirt*.

At your two-year school, did you:

1. **Graduate** from your **two-year** school? You must have earned **25%** of your credit hours at the two-year school **awarding your degree.**
2. Complete an average of **12 transferable credit hours** for each term you attended **full time?*** Your transferable credit hours must include all the following subjects:
   » **English:** Six hours if your school uses semesters, or eight hours if your school uses quarters.
   » **Math:** Three hours if your school uses semesters, or four hours if your school uses quarters.
   » **Science:** Three hours if your school uses semesters, or four hours if your school uses quarters.
3. Earn a **GPA of at least 2.5** in those transferable credit hours?
4. **Before competing** for your new NCAA Division I school, has **one calendar year** elapsed since your **last day** of enrollment at your original **four-year** school?



If **YES** to all

You can practice, get an athletics scholarship and compete as soon as you transfer.**

If **NO** to any

You can practice as soon as you transfer if you completed one academic year at all your colleges combined.

You can get an athletics scholarship as soon as you transfer if you completed one full-time academic term at your two-year school.

You cannot compete until you sit out for an academic year in residence.

If **NO** to question 4 only

You can practice and get an athletics scholarship but cannot compete until one calendar year has elapsed.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

**If you are a baseball, softball or basketball student-athlete who transfers to a new school in the middle of the academic year, you may not compete until the fall term.

A qualifier can also use the nonqualifier standard to avoid the year in residence.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial English and math courses may not be used to satisfy this requirement. Transferable English, math and natural/physical science courses earned at a previous four-year college may be used.

**If you are a baseball, softball or basketball student-athlete who transfers to a new school in the middle of the academic year, you may not compete until the fall term.

*Disclaimer:* Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# Planning To Go Division II  *2-4 TRANSFER*

Additional DII 2-4 transfer information on **page 14**

**YOU PLAN TO ATTEND A DIVISION II SCHOOL.**
**YOU HAVE ATTENDED A TWO-YEAR SCHOOL FULL TIME.**

## *You are a qualifier and have never attended a four-year school full time, but have attended only one semester or quarter at a two-year school full time.*

At your two-year school, did you:

1. Complete only **one semester** or quarter as a **full-time student**? *Summer school does not count.*
2. Complete at least **12 transferable credit hours** for the semester or quarter you attended full time?*
3. Earn a **GPA of at least 2.2** in all transferable credit hours?
4. Earn at least nine transferable credit hours during your last full-time term?



**If YES to all**

You can practice, get an athletics scholarship and compete as soon as you transfer.

**If NO to any**

Please refer to the right-hand column of this page.

## *You are a qualifier or a partial qualifier and have never attended a four-year school full time, but have been enrolled for more than one full-time term in a two-year school but have not graduated.*

At your two-year school, did you:

1. Complete at least **two semesters** or three quarters as a **full-time student**? *Summer school does not count.*
2. Complete an average of **12 transferable credit hours** for each term you attended full time, earning a **GPA of at least 2.2** in all transferable credit hours?* Your transferable credit hours **must include all** the following subjects:
   » **English:** Six hours if your school uses semesters, or eight hours if your school uses quarters.
   » **Math:** Three hours if your school uses semesters, or four hours if your school uses quarters.
   » **Science:** Three hours if your school uses semesters, or four hours if your school uses quarters.
3. Earn at least **nine transferable credit hours** during your last full-time term?



**If YES to all**

You can practice, get an athletics scholarship and compete as soon as you transfer.

**If NO to question 3 only**

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you successfully complete nine-semester or eight-quarter hours toward a degree during a full-time term.

**If NO to question 1 or 2**

You can practice and get an athletics scholarship as soon as you transfer but cannot compete.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial English and math classes may not be used. Transferable English, math and natural/physical science courses earned at a previous four-year college may be used.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial courses may not be used to satisfy these requirements.

**Disclaimer:** Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# Planning To Go Division II  *2-4 TRANSFER*

Continued from **page 13**

> **YOU HAVE NEVER ATTENDED A FOUR-YEAR SCHOOL FULL TIME.**
> **YOU GRADUATED FROM YOUR TWO-YEAR SCHOOL.**

## *You are a qualifier or partial qualifier and graduated from your two-year school.*

At your two-year school, did you:

1. Complete at least **two semesters** or three quarters as a **full-time student**? *Summer school does not count.*
2. Earn at least **25%** of the credit hours needed to fulfill the degree requirement at the **two-year school** awarding your degree?
3. Earn at least **nine transferable credit hours** during your last **full-time** term?



If **YES** to all

You can practice, get an athletics scholarship and compete as soon as you transfer.

If **NO** to question 2 only

Please refer to the right-hand column on **page 13** for the transfer option more closely related to your situation.

If **NO** to question 3 only

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you successfully complete nine-semester or eight-quarter hours toward a degree during a full-time term.

*You may not use more than two credit hours of physical education activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education activity courses. Additional progress-toward-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial English and math classes may not be used. Transferable English, math and natural/physical science courses earned at previous four-year college may be used.

**Disclaimer:** Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# *Planning To Go Division II* 4-2-4 TRANSFER

Additional DII 4-2-4 transfer information on **page 16**

**YOU PLAN TO ATTEND A DIVISION II SCHOOL.**
**YOU ATTENDED A FOUR-YEAR SCHOOL FULL TIME AND NOW ATTEND A TWO-YEAR SCHOOL FULL TIME.**



### *You are a qualifier or partial qualifier and attended only one semester or quarter at a two-year school full time and graduated.*

At your two-year school, did you:

1. **Graduate** from your **two-year** school?
2. Complete only **one semester** or quarter as a **full-time student**?
3. Earn at least **nine transferable credit hours** during your one full-time term?

**If YES to all**
You can practice, get an athletics scholarship and compete as soon as you transfer.

**If NO to question 1 only**
Please refer to the right-hand column of this page.

**If NO to question 2 only**
Please refer to page 16 for the transfer option more closely related to your situation.

**If NO to question 3 only**
You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you successfully complete nine-semester or eight-quarter hours toward a degree during a full-time term.



### *You are a qualifier or partial qualifier if you did not graduate from your two-year school.*

At your two-year school, did you:

1. Complete at least **two semesters** or **three quarters** as a **full-time student**? *Summer school does not count.*
2. Complete an average of **12 transferable credit hours** for each term you attended full time, earning a **GPA of at least 2.2** in all transferable credit hours?* Your transferable credit hours **must include all** the following subjects:
   » **English:** Six hours if your school uses semesters, or eight hours if your school uses quarters.
   » **Math:** Three hours if your school uses semesters, or four hours if your school uses quarters.
   » **Science:** Three hours if your school uses semesters, or four hours if your school uses quarters.
3. Earn at least **nine transferable credit hours** during your last full-time term?

**If YES to all**
You can practice, get an athletics scholarship and compete as soon as you transfer.

**If NO to question 3 only**
You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you complete nine credit hours toward a degree during a full-time term.

**If NO to question 1 or 2**
You can practice and get an athletics scholarship as soon as you transfer but cannot compete.

*You may not use more than two credit hours of physical education-activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education-activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial English and math classes may not be used. Transferable English, math and natural/physical science courses earned at previous four-year college may be used.

*Disclaimer:* Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# *Planning To Go Division II* 4-2-4 *TRANSFER*

Continued from **page 15**

> **YOU ATTENDED A FOUR-YEAR SCHOOL FULL TIME AND NOW ATTEND A TWO-YEAR SCHOOL FULL TIME. YOU ATTENDED THE TWO-YEAR SCHOOL FOR AT LEAST TWO SEMESTERS OR THREE QUARTERS FULL TIME AND GRADUATED.**

## *You are a qualifier or partial qualifier.*

At your two-year school, did you:

1. Complete at least **two semesters** or three quarters as a **full-time student**?
2. **Graduate** and earn at least **25%** of the credit hours needed to fulfill the degree requirement at the **two-year school** awarding your degree?
3. Complete at least **nine transferable credit hours** during your last full-time term?



**If YES to all**

You can practice, get an athletics scholarship and compete as soon as you transfer.

**If NO to either question 1 or 3**

Please refer to the right-hand column on **page 15** for the transfer option more closely related to your situation.

**If NO to question 3 only**

You can practice and get an athletics scholarship as soon as you transfer.

You cannot compete until you complete nine credit hours toward a degree during a full-time term.

*You may not use more than two credit hours of physical education-activity courses to fulfill the transferable degree credit and GPA requirements unless you are enrolling in a degree program requiring physical education-activity courses. Additional progress-towards-degree (PTD) requirements at your new institution will need to be met for eligibility purposes based on the academic degree program you plan to pursue.

Remedial English and math classes may not be used. Transferable English, math and natural/physical science courses earned at previous four-year college may be used.

*Disclaimer:* Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# Planning To Go Division III

**YOU PLAN TO ATTEND A DIVISION III SCHOOL.**

### You have never attended a four-year school.

At your two-year school, did you **practice or compete** in intercollegiate sports?



If **YES**

If **NO**

You can compete immediately after your transfer to the Division III school ONLY IF you would have been academically eligible to compete had you stayed at your two-year school.

You are immediately eligible to compete upon transfer to the Division III school.

### You attended a four-year school and now attend a two-year school.

1. At the time of transfer from your previous four-year school, would you have been academically eligible had you remained at your previous **four-year school** without ever attending the two-year school?

2. At your two-year school, did you complete at least **two full-time semesters** or three quarters (summer school does not count) AND complete **24 transferable credit hours** if your school used semesters or **36 transferable credit hours** if your school used quarters?



If **YES** to either question 1 or 2

If **NO** to both questions 1 and 2

You can compete immediately upon transfer to the Division III school.

You cannot compete. You may regain eligibility after one regular full-time term at the Division III school if your new school confirms you meet the academic standards for all students-athletes.

Two-year transfers to Division III may also seek immediate eligibility if meeting the following two-year nonparticipation criteria. **Two-Year Nonparticipation.** You may be immediately eligible at your Division III school if, for a two consecutive-year period, you have not practiced or competed in your sport while enrolled as a full-time collegiate student. The two-year period cannot include any time before you initially enrolled full-time at a college or university.

*Disclaimer:* Your academics and athletics eligibility must be certified by the compliance office at the NCAA school you are transferring to.

# Transfer Exceptions

There are a number of Division I or II transfer exceptions that could allow you to practice, compete or receive an athletics scholarship during your first year at your new school. Remember, other school or conference rules also may affect your timeline. Talk to the compliance office at your new school about whether you qualify for a transfer exception. Your new school will decide if you qualify. If you don't meet a transfer exception, you will need to meet all transfer criteria listed within the 2-4 or 4-2-4 sections outlined previously in this guide.

### Basic Restrictions for Transfer Exceptions

There are several basic restrictions for transfer exceptions:

- » An individual who was not a qualifier for Division I shall not be permitted to use the following exceptions as a 2-4 transfer.
- » An individual who was not a qualifier for Division II shall not be permitted to use the following transfer exceptions.
- » You may not use an exception if you are completing a year in residence at your current school.
- » If you are a baseball, softball or basketball student-athlete and transfer to a Division I school at the start of winter or spring term, you will not be eligible to compete until the next fall term.



### *If You Have Never Attended a Four-Year School*

1. **Your sport is dropped or not sponsored at your two-year school but you plan to attend a Division I or II school.**

   If your current school drops your sport, or if it did not sponsor your sport while you were a student, you may use an exception to compete immediately after transferring to a Division I or II school.

   » You may use this exception only if you transfer after your current school publicly announces it will drop your sport.

   » To qualify for this exception, you must have a GPA of at least 2.5 for Division I or 2.2 for Division II.

2. **You plan to attend a Division II school but have not been recruited by that school.**

   If you have never been recruited by the Division II school you plan to attend, you may use an exception to compete immediately after transferring to a Division II school. To qualify for this exception, you must meet all the following conditions:

   » You have not received an athletics scholarship.

   » You have not competed for any previous school or participated in any countable athletically related activities beyond a 14 consecutive calendar-day period at any previous school.

   » You have not been recruited by the Division II school.

3. **You have not participated in your sport for two years and plan to attend a Division I or II school.**

   If you have not participated in your sport for two years, you may use an exception to compete immediately if you meet one of the following conditions:

   » You have not competed with an intercollegiate sports team for two years before practicing or competing with your new school.

   » You have not practiced for more than a 14 consecutive calendar-day period with an intercollegiate sports team for two years before practicing or competing with your new school.

   » You did not practice or compete in noncollegiate amateur competition for two years while you were a full-time student.



### If You Have Attended a Four-Year School and Now Attend a Two-Year School

If you have attended a four-year school but now attend a two-year school and want to transfer to an NCAA school, you may use a Division I or II transfer exception to compete immediately if you meet one of the following conditions:

1. **You want to return to your original school.**
2. **Your sport was not sponsored at your first four-year school.**
3. **You have not participated in your sport for two years.**
4. **You plan to attend a Division II school but have not been recruited by that school.**

1. **You want to return to your original school.**

   If you attend a two-year school but want to transfer back to the Division I or II school you previously attended, you may use an exception to compete immediately, provided you were eligible at the time you transferred from your Division I or II school.

2. **Your sport was not sponsored at your first four-year school.**

   If the first four-year school you attended did not sponsor your sport while you were a student, you may be able to use this exception to compete immediately after transferring to a Division I or II school if you meet all the following conditions:

   » You have not attended another four-year school that offered your sport.
   » You completed an average of 12 transferable credit hours at your two-year school.
   » You earned a GPA of at least 2.5 for Division I or 2.2 for Division II in those transferable credit hours.
   » If you are transferring to a Division I school, this exception applies only if you were a Division I qualifier.
   » If you are transferring to a Division II school, this exception applies only if you were a Division II qualifier and your current two-year school also never sponsored your sport at the intercollegiate level.

3. **You have not participated in your sport for two years.**

   If you have not participated in your sport for two years, you may use an exception to compete immediately if you meet one of the following conditions:

   » You have not competed with an intercollegiate sports team during the two years prior to practicing or competing with your new school.
   » You have not practiced for more than a 14 consecutive calendar-day period with an intercollegiate sports team during the two years prior to practicing or competing with your new school.
   » You did not practice or compete in noncollegiate amateur competition for two years while you were a full-time student.

4. **You plan to attend a Division II school but have not been recruited by that school.**

   If you have never been recruited by the Division II school you plan to attend, you may use an exception to compete immediately after transferring to a Division II school. To qualify for this exception, you must meet all the following conditions:

   » You have not received an athletics scholarship.
   » You have not competed for any previous school nor participated in any practice activities beyond a 14 consecutive calendar-day period at any previous school.
   » You have not been recruited by the Division II school.

---

**CASE STUDY**

*Brandon enrolled at a Division I school, was a qualifier and was on the swimming and diving team.*

*He then transferred to a two-year school and was on the swimming and diving team there as well. He did not receive an Associate of Arts degree.*

*Now, Brandon wants to return to his original Division I school.*

**Must Brandon serve an academic year in residence at the Division I school?**

No. Even though he does not meet the requirements because he did not earn his AA degree from the two-year school, Brandon does not have to serve an academic year in residence at the Division I school because he is returning to his original school and was not sitting out an academic year in residence when he transferred.



# *Eligibility Clock*

Each division has different academic standards for maintaining academic eligibility. These standards are designed to move student-athletes toward graduation in a timely manner. As a transfer student, certification of your academic eligibility will happen once you are enrolled at your new school and includes an evaluation of your transfer credits. The compliance office at your new school can assist with this.

If you compete at a Division I school, you have five calendar years to play four seasons of competition. Your five-year clock starts when you first attend class in a regular academic term (e.g., semester, quarter) while registered as a full-time student at any college/university. Your clock continues to tick down, even if you spend an **academic year in residence** as a result of transferring, redshirting, not attending school or enrolling part time during your college career.

If you compete at a Division II or III school, you have 10 full-time semesters or 15 full-time quarters to play four seasons of competition. You use a semester or quarter when you attend classes in a regular academic term (e.g., semester, quarter) while registered as a full-time student at any college/university or when you enroll part time and compete for your school. You do not use a term if you are not enrolled or if you attend part time without competing.

# *Important NCAA Terms*

**Academic year in residence**: You may need to spend an academic year in residence without competing at your new school unless you qualify for a transfer exception. For an academic year in residence to count, you must complete a full-time program of studies for two semesters or three quarters. Summer school and part-time enrollment do not count toward this requirement. Often referred to as "sitting out."

**Certifying school:** The new school you want to attend determines whether you are eligible to play.

**Continuing-eligibility rules** *(rules affecting how long you may compete in a certain sport)*:

> » **Division I:** If you play at a Division I school, you have five calendar years to play four seasons of competition. Your five-year clock starts when the individual first attends class in a regular academic term (e.g., semester, quarter) while registered as a full-time student at any college/university. Your clock continues to tick down, even if you are spending an academic year in residence, redshirting, not attending school or enrolling part time during your college career.
>
> » **Divisions II and III:** If you play at a Division II or III school, you have the first 10 semesters or 15 quarters in which you attend as a full-time student to complete your four seasons of participation. You use a semester or quarter any time you attend class as a full-time student or enroll part time and compete for the school. You do not use a term if you attend only part time with no competition or are not enrolled for a term.

**Financial aid:** Any money for school you receive from a college or another source. Financial aid may be based on athletics, financial need or academic achievement. Often referred to as scholarship.

**Full time:** Each school determines what "full-time" status means. Typically, you are a full-time student if you are enrolled for at least 12 credit hours in a term. Some schools define a full-time student as someone who takes more than 12 credit hours in a term.

**Initial-eligibility rules:** Initial-eligibility rules determine whether you may practice, compete and receive an athletics scholarship during your first year at a Division I or II school.

**International student:** An **international student** is any student who attends a two- or four-year school outside the U.S.

**National Collegiate Athletic Association:** The NCAA is the national governing body for over 1,000 colleges, universities, conferences and organizations.

**NCAA Eligibility Center:** The Eligibility Center evaluates your high school academic record and/or amateurism history to determine if you are eligible to participate during your first year at a Division I, II or **III school.**

**Nonqualifier** *(Division I only):* A student-athlete planning to attend a Division I school who has not met academic requirements to be a Division I qualifier will be deemed a nonqualifier. If you are a nonqualifier, you may not practice, compete or receive an athletics scholarship from a Division I school during your first year of full-time enrollment. (Division II **does not have nonqualifiers**.)

**Partial qualifier** *(Division II only):* Any Division II student who has not met the requirements necessary to be a qualifier. If you are a partial qualifier, you can practice on campus and receive financial aid from a Division II school, but you cannot compete for one academic year. (**Division I** does not have partial qualifiers.)

**Qualifier:** A student who, for purposes of determining eligibility for financial aid, practice and competition, has:

> » Graduated from high school.
>
> » Earned the required number of core-course credits in the required subject areas.
>
> » Earned a minimum GPA in the required subject areas. For information on Division I and II initial-eligibility requirements, visit **on.ncaa.com/ie_flyer**.

**Recruited:** When a college coach contacts you off campus, pays your expenses to visit the campus or (in Divisions I and II) issues you an athletics aid or a written offer of financial aid.

**Transfer exception:** A transfer exception allows you to practice, compete or receive an athletics scholarship during your first year at your new school. Your new school decides if you qualify for a transfer exception.

**Transfer trigger:** A condition that can affect your transfer status. A student who triggers transfer status is a student who:

> » Has been a full-time student at a two- or four-year school during a regular academic term. (Courses taken during summer terms do not count.)
>
> » Practiced with a college team including preseason.
>
> » Practiced or competed while enrolled as a part-time student.
>
> » Received athletics aid from a college while attending summer school.
>
> *Note:* This is not a complete list for Divisions I, II or III. Please consult with your NCAA school's compliance office for a complete review.

**Transferable credit hours:** Credit hours earned at your previous school that your new school will accept toward your degree. Each school determines how many and which credit hours are acceptable for transferring.

**Two-year college:** Any school from which students can earn an Associate of Arts, Associate of Science or Associate of Applied Science within two years. Often referred to as community or junior colleges.

**Waiver:** An action that sets aside an NCAA rule because a specific, extraordinary circumstance prevents you from meeting the rule. An NCAA school must file a waiver on your behalf; you cannot file a waiver for yourself. The school does not administer the waiver; the conference office or NCAA does.

**Walk-on:** Someone who is not typically recruited by a school to participate in sports and does not receive a scholarship from the school but who becomes a member of one of the school's athletics teams.



NCAA is a trademark of the National Collegiate Athletic Association. October 2024.