JIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN H. WADE, III                                                    PLAINTIFF

VS.                                                 CIVIL ACTION NO.:24-cv-00196

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION                             DEFENDANT

---

## NOTICE OF FILING OF DECLARATIONS

---

Per 28 U.S.C. § 1746 and other applicable law and in conjunction with Motion for Temporary Restraining Order and Preliminary Injunction [3], Plaintiff, John H. Wade, III, files the following declarations:

1. **Exhibit 1-Declaration of Ryan Lee;**
2. **Exhibit 2-Declaration of Jay Ladner;**
3. **Exhibit 3-Declaration of Jeremy McClain;**
4. **Exhibit 4-Declaration of John H. Wade, II and Arthurnelle Wade; and**
5. **Exhibit 5-Declaration of John H. Wade, III.**

RESPECTFULLY SUBMITTED, this the 23rd day of December, 2024.

/s/ Clark Hicks
L. CLARK HICKS, JR. (MSB NO. 8963)
*Attorney for Plaintiff, John H. Wade, III*

HICKS LAW FIRM, PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 13850
Hattiesburg, MS  39404-8350
Telephone:  601.544.6770
Facsimile:  601.544.6775
Email: clark@hicksattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

THIS the 23rd day of December, 2024.

/s/ Clark Hicks
L. CLARK HICKS, JR. (MSB NO. 8963)
*Attorney for Plaintiff, John H. Wade, III*