JIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN H. WADE, III                                                                       PLAINTIFF

VS.                                                                  CIVIL ACTION NO.:24-cv-00196

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION                            DEFENDANT

---

### DECLARATION OF RYAN LEE

---

STATE OF MISSISSIPPI
COUNTY OF FORREST

My name is Ryan Lee. I am a Compliance Officer with the University of Southern Mississippi. Part of my job duties and responsibilities are to work with the NCAA to achieve compliance and resolution of eligibility for college athletes. I personally assisted with the quest for a waiver and the appeal process for John Wade, III to play college basketball at the University of Southern Mississippi. Southern Miss signed Wade to play basketball and later learned that the NCAA determined the five (5) year eligibility rule prohibited Wade from playing basketball. The position of Southern Miss is set forth in the appeal process with the NCAA and focuses on the decision of the NCAA to count the 2018-2019 season as a year of eligibility even though Wade did not play basketball on a team and enrolled as a freshman student in California. Had Wade been on a team and not played, he would be eligible to play at Southern Miss for the 2024-2025 season. Had he been a redshirt freshman or sat out for a year or played for a prep academy, in all of those circumstances, he would be eligible to play in the 2024-2025 season.

Wade did not have the opportunity to play his freshman year and for the Covid season and for the basketball season at University of California at Northridge for the reasons set forth in



the appeal. Wade has only played three (3) seasons of basketball, and it is the position of Southern Miss that the NCAA, under its own rules, should allow an extension of the eligibility clause for John Wade's unique circumstances and allow him to play his fourth (4) year season of college basketball.

    Further Declarant sayeth not.

    THIS the 23 day of December, 2024.

_____
RYAN LEE

STATE OF MISSISSIPPI
COUNTY OF FORREST

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, Ryan Lee, who after being duly sworn by me, stated under oath that the information in the above and foregoing Declaration is true and correct to the best of his knowledge and belief.

    SWORN TO AND SUBSCRIBED BEFORE ME on this the 23 day of December, 2024.

[SEAL]                                                                    Clark Hicks