## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

JOHN H. WADE, III                      PLAINTIFF

VS.                             CIVIL ACTION NO.:24-cv-00196

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION      DEFENDANT

---

### DECLARATION OF JEREMY MCCLAIN

---

STATE OF MISSISSIPPI
COUNTY OF FORREST

    My name is Jeremy McClain. I am the Athletic Director at the University of Southern Mississippi. Attached with this Declaration is my letter to the NCAA which I affirm herein. "Exhibit 1"

    For the reasons stated in the appeal to the NCAA and the declarations of our compliance officer, Ryan Lee, and head basketball coach, Jay Ladner, Southern Miss requests that John Wade, III, be allowed to play college basketball at Southern Miss for the 2024-2025 basketball season.

    Further Declarant sayeth not.

THIS the 23rd day of December, 2024.

                              _____
                              JEREMY MCCLAIN

EXHIBIT "3"



**Department of Athletics**
118 College Drive #5017
Hattiesburg, MS 39406
Phone:   601.266.5017
www.southernmiss.com

NCAA Committee on Student-Athlete Reinstatement:

I am writing this letter to provide my support for an extension of eligibility request on behalf of John Wade III. This extension of eligibility was filed on John's behalf because, due to circumstances outside of his control, he was only afforded the opportunity to compete in three seasons of intercollegiate competition in the sport of men's basketball. I believe that reconsideration of this waiver request is warranted due to new information that has been provided relating to his tenure at California State University, Northridge (CSUN).

During the review of John's case, it was identified that he was awarded a medical hardship while at CSUN for the 2022-23 season. At the time of the initial filing of his waiver request, we were provided with his approved medical hardship waiver from the Big West Conference, but it did not contain a detailed description of what led to this medical hardship being approved. Following the submission of his appeal, it was brought to our attention that John had endured severe mental anguish due to harsh and unfair treatment from his coach, resulting in the approval of the medical hardship. However, while he was able to regain his season of competition, he is unable to utilize it due to his eligibility clock expiring after the 2023-24 academic year. Essentially, he is being punished for a situation outside of his control which led to him not being able to utilize a season of competition during the 2022-23 season.

It is our understanding that John wanted to return to CSUN after the 2022-23 season when a new coaching staff was hired but was not afforded the opportunity. This led to him utilizing his COVID-19 extension of eligibility at California State University, Stanislaus. He has since transferred to The University of Southern Mississippi (USM) as a post-graduate student with the goal of utilizing his final season of competition. We are supportive of this goal and would like to help him achieve it in any way we can. While I understand that his initial waiver and appeal were denied, I believe that this situation warrants relief due to the actions that led to his decline in mental health and the approval of his medical hardship waiver that should not only have afforded him another season of competition, but also another year in which to use this season.

Sincerely,

*[signature]*

Jeremy McClain
Athletic Director
The University of Southern Mississippi

**EXHIBIT "1"**