JIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN H. WADE, III     PLAINTIFF

VS.     CIVIL ACTION NO.:24-cv-00196

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION     DEFENDANT

## DECLARATION OF JOHN H. WADE, II AND ARTHURNELLE WADE

STATE OF CALIFORNIA
COUNTY OF NAPA

Attached to this declaration is a letter we submitted to the NCAA. See Exhibit 1. We can confirm that in John's freshman year of 2018-2019, he was a student at UC Davis, and he had no opportunity to play basketball. His physical development enabled him to have an opportunity to play basketball, and he played at Contra Costa College for the 2019-2020 season.

Given the unique circumstances and John's hard work and excellent performance in college, and also having to overcome the Covid-19 shutdown, and abuse by a coach in California, we are hopeful that the court will issue a favorable outcome to allow John to complete his fourth and final season of college basketball at Southern Miss.

Further Declarant sayeth not.

THIS the 23 day of December, 2024.

_____
JOHN H. WADE, II

_____
ARTHURNELLE WADE

EXHIBIT "4"

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF NAPA

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, John H. Wade, II, and Arthurnelle Wade who after being duly sworn by me, stated under oath that the information in the above and foregoing Declaration is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME on this the 23rd day of December, 2024.

[SEAL]

NOTARY PUBLIC

ARVIND K. NISCHAL
Notary Public - California
Napa County
Commission # 2385988
My Comm. Expires Jan 6, 2026

We are responding to the NCAA appeal regarding John H. Wade III Mental Health waiver request. John signed a letter of intent to California State University Northridge under the Athletic Scholarship granted within the Athletic Department to participate in Men's Basketball in the Big West Conference 2022-23.

I as a former NCAA Coach Eastern Washington University, University of the Pacific, University of California, Santa Barbara, University of San Francisco (Assistant and Head Coach) and retired Sr. Academic Manager Athletic Director understand the value of the student athlete experience.

John was and has always been a great kid both Academically and Athletically. Upon arriving at Northridge in August 2022 John was excited to start his next journey. Once the Men's Basketball activities started John over the next few months enthusiasm waned for the program and institution. We did not know why?

John had mentioned some questionable Coaching tactics in October/November and didn't seem his happy self.

Then on December 31, 2022 we received a text from another parent whom son was on the Men's Basketball team that our sons were being mentally and physically abused. John III had been both mentally and then physically abused by the Head Coach Trent Johnson.

**EXHIBIT 1**

1

We then saw why John was depressed, confused, anxious, isolated, declining grades, loss of weight and in poor spirits. Upon traveling to Southern California the next week I saw John was a total mess due to the assault by the Head Coach. The assistants as well had made sure John didn't feel welcome anymore around the team or facilities. We notified the Athletic Director Shawn Chin-Farrell via email January 4, 2023 of our concerns and instructed John to no longer participate in team activities as it wasn't a safe environment.

John was sent to mental health authorities and Doctors which concluded he had suffered from mental and physical abuse symptoms. John was granted a mental health waiver as per California State University Northridge and The Big West Conference due to the abuse by the Men's Basketball Head Coach Trent Johnson.
The Head Coach Trent Johnson was dismissed/resigned and the entire staff was not retained.

We entrusted John to California State University Northridge and The Big West Conference to have a positive experience. John has and is a quality student, person, colleague, friend, son and athlete. The conduct John experienced was an extraordinary or extenuating circumstance that was way beyond that of his control or any student athlete. It is also one that no NCAA student athlete, employee and or coach should be subject to harassment abuse mentally or physically.

John Transferred and Graduated from California State University Stanislaus and then transferred as a Graduate Student to University of Southern Mississippi to complete Academic work and his Athletic journey. He was denied the opportunity to even stay at California State University Northridge by the Administration and new Coach which did not honor the previous Head Coach promise that if a student was in good standing they would be welcome back.

John wants to complete what he started which is 4 years of Athletic competition with his last being at University of Southern Mississippi. Please feel free to contact us with further questions since I know the NCAA has had in person as well as via remote contact with families and students seeking appeals.

Sincerely,

John H. & Arthurnelle Wade II
(510) 712-9185

2