JIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN H. WADE, III                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO.:24-cv-00196

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION                     DEFENDANT

## DECLARATION OF JOHN H. WADE, III

STATE OF CALIFORNIA
COUNTY OF NAPA

My name is John H. Wade, III. I am a member of the basketball team at the University of Southern Mississippi. Attached with this declaration, the Court will find two letters written to the NCAA during my appeal process. See Exhibits 1 and 2.

I have only played three (3) seasons of basketball. In my freshman year, I enrolled as a student at UC Davis, and had no opportunity to play basketball. When I graduated high school, I was 5 feet 9 inches, and there were no college offers or interest expressed by any college institutions for me to play basketball. During my academic year at UC Davis, I grew several inches, and I worked very hard to improve my basketball game in light of my physical development. Based upon my own work and commitment, it was not until my sophomore year that colleges expressed any interest in me playing basketball for them, and this was the first time I had an opportunity to play. I transferred to Contra Costa College to play basketball in my first season in 2019-2020.

Based upon the reasons stated in my attached letters, I am requesting a waiver of the eligibility clause to allow me to play my fourth season. During my time at Contra Costa College



and my one season of Division II basketball at CSU Stanislaus, I had no right to NIL compensation.

At Southern Miss, I plan to seek NIL compensation and build my resume to provide me with an opportunity to play professional basketball. I am a graduate student with a degree in Mathematics, and I remain hopeful for a favorable outcome so that I may pursue my academic and athletic goals at Southern Miss.

Further Declarant sayeth not.

THIS the 23 day of December, 2024.

_____
JOHN H. WADE, III

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF NAPA

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, John H. Wade, III, who after being duly sworn by me, stated under oath that the information in the above and foregoing Declaration is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME on this the 23rd day of December, 2024.

[SEAL]

ARVIND K. NISCHAL
Notary Public - California
Napa County
Commission # 2385988
My Comm. Expires Jan 6, 2026

_____
NOTARY PUBLIC

To Whom It May Concern,

I am writing to formally request an extension of my NCAA eligibility and have authorized the University of Southern Mississippi's (USM) administration to submit this waiver on my behalf. Below, I will detail my academic and athletic journey, which I believe supports my request for an additional year of eligibility.

I began my academic career at the University of California, Davis, in the 2018-2019 academic year as a full-time student. During this period, I was not involved in collegiate basketball in any way. I would then transfer to Contra Costa College following this time.

For the next three years, I participated with the Contra Costa College men's basketball team. During my time there, I used two seasons: the 2019-2020 season and the 2021-2022 season. I was granted a COVID-19 waiver for the 2020-2021 season, allowing me to retain a year of eligibility.

Following my time at Contra Costa College, I transferred to California State University, Northridge (CSUN). Unfortunately, I encountered significant social issues with the staff and program at CSUN, which led to considerable mental anguish. As a result, I left CSUN in December and was subsequently granted a medical redshirt for the 2022-2023 season from the Big West Conference. It is important to note that the entire staff at CSUN was later dismissed.

In the 2023-2024 academic year, I transferred to California State University, Stanislaus, a Division 2 institution, where I completed the basketball season. This was my third season used and I played it in my COVID sixth year.

Given the unusual circumstances and disruptions I have faced throughout my academic and athletic career, I am seeking an additional year of NCAA eligibility. My journey has been marked by academic transfers, a global pandemic, and significant personal challenges that have impacted my ability to fully utilize my eligibility within the standard timeframe.

I believe granting this waiver would allow me to continue my education and athletic career without penalizing me for circumstances beyond my control. Thank you for considering my request. I am hopeful for a favorable outcome that will enable me to pursue my academic and athletic goals at the University of Southern Mississippi.

Sincerely,

John Wade



EXHIBIT "1"

John H. Wade, III
231 Cantada Way
American Canyon, CA, 94503
wade.john626@gmail.com
5103327185
November 17 2024

Student-Athlete Reinstatement Committee
c/0 NCAA Staff
P.O. Box 6222
Indianapolis, IN 46206-6222

Dear NCAA Student-Athlete Reinstatement Committee

My name is John Wade III, and I am a member of the Men's Basketball team at the University of Southern Mississippi. I am writing to formally appeal the decision regarding my eligibility, as I firmly believe the previous information submitted is inaccurate and lacks the details of my time at California State University Northridge (CSUN).

I would like to revise my appeal to provide additional context about my time at CSUN. While attending CSUN as a member of the Men's Basketball program, I experienced actions by the coaching staff, particularly Head Coach Trent Johnson, that were physical in nature and detrimental to my well-being. These incidents left me feeling powerless and unable to act, which was both deeply troubling and profoundly embarrassing as a young man.

The environment and abuse within the program led to a significant decline in my mental and physical health. I suffered from loss of appetite and weight, a lack of interest in academics, and a diminished passion for basketball. The presence of Coach Johnson and certain assistants caused a complete loss of self-esteem and an inability to communicate effectively with others. I became increasingly withdrawn, unable to engage socially or emotionally.

At the time, I did not fully comprehend the severity of my mental health struggles. It wasn't until I sought help from trained professionals, including a doctor, social worker, and the support of my family and friends, that I recognized the profound impact this environment had on me. Their guidance allowed me to acknowledge the depression and anxiety I experienced during this time.

However, it is clear that these experiences were not accurately represented in communications between CSUN and the NCAA, which may have contributed to the current ruling.



EXHIBIT "2"

I have always acted in good faith to pursue both academic and athletic excellence, and I respectfully ask for your consideration in reviewing my case. I asked the Athletic Director Shawn Chin-Farrell and the new Head Men's Basketball Newman I'd like to stay at CSUN yet was told it would be better if I were in another situation and or program for my benefit which seems to be retaliation for Coach Trent Johnson departure. In looking back this had never happened before and or after CSUN. I'm excited to be at the University of Southern Mississippi with an encouraging Head Coach Jay Ladner, Staff and the support of the Athletic Department as well as University.

I am requesting that the NCAA reassess my eligibility in light of these details and take into account the unique and challenging circumstances I endured. I am committed to continuing my education and athletic career with integrity and hope for the opportunity to represent my university to the best of my ability.

Thank you for your time and understanding. I am available to provide any additional documentation or details to support my appeal.

Sincerely,
John H. Wade III
Men's Basketball Team
University of Southern Mississippi
(510)332-7185 ©
wade.john626@gmail.com

## Revision 19Nov24

John H. Wade, III
231 Cantada Way
American Canyon, CA, 94503
wade.john626@gmail.com
(510)332-7185 ©
November 19th 2024

Student-Athlete Reinstatement Committee
c/o NCAA Staff
P.O. Box 6222
Indianapolis, IN 46206-6222