IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN H. WADE, III**                                                    **PLAINTIFF**

v.                          **CIVIL CASE NO. 2:24-cv-196-TBM-RPM**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**          **DEFENDANT**

**AGREED ORDER SETTING PRELIMINARY INJUNCTION HEARING**

This matter came before the Court by the parties' request to set a hearing on Plaintiff's Motion for Preliminary Injunction [3]. The Court orders as follows:

1. The Court shall hear Plaintiff's Motion for Preliminary Injunction at 1:30 p.m. on Friday, January 10, 2025, at the United States District Courthouse in Hattiesburg, Mississippi.

2. Defendant shall file its Response to Plaintiff's Motion, including any supporting exhibits and declarations, no later than Wednesday, January 8, 2025.

3. Plaintiff shall not submit any written reply to Defendant's Response.

4. The Parties may offer testimony of witnesses at the hearing, except that (1) Plaintiff may only call as witnesses persons for whom Plaintiff filed declarations at Dockets [6] and [9], and (2) Defendant may only call as witnesses persons for whom it has submitted declarations with its Response on or before January 8, 2025. Plaintiff may not call any new or different witnesses to testify at the hearing and may not file any new or additional declaration(s).

5. At the hearing, the Parties may rely on declarations previously submitted without the necessity of live testimony.

SO ORDERED, this the 31st day of December, 2024.

                                             _____
                                             TAYLOR B. McNEEL
                                             UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ J. Cal Mayo, Jr.*
Attorney for Defendant


*/s/ R. Lane Dossett*
Attorney for Plaintiff