**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHN H. WADE, III** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 2:24-cv-00196-TBM-RPM** |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | **DEFENDANT** |

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on joint *ore tenus* motion of the parties for dismissal with prejudice. The Court finds the motion well taken.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice with the parties to bear their respective attorney fees, expenses, and costs.

SO ORDERED: January 17, 2025.

_____
UNITED STATES DISTRICT JUDGE

Agreed and Approved:

*/s/ L. Clark Hicks, Jr.*
L. Clark Hicks, Jr.
Attorney for Plaintiff

*/s/ J. Cal Mayo, Jr.*
J. Cal Mayo, Jr.
Attorney for Defendant